# ELECTRONIC RECORD

COA # 02-14-00259-CR          OFFENSE: 2

STYLE: Melissa Almaguer v. The State of Texas          COUNTY: Denton

COA DISPOSITION: AFFIRMED          TRIAL COURT: 211th District Court

DATE: 02/26/15          Publish: NO          TC CASE #: F-2012-1538-C

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Melissa Almaguer v. The State of Texas          CCA #: 474-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 06/10/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**